# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　　　vs.<br><br>Lucia Dolores BOJORQUEZ-Rendon<br><br>　　　　Defendant.<br><br>YOB: 1975<br>Mexico Citizen | Date of Arrest: July 3, 2019<br>Magistrate's Case No. 19-1517 MJ<br><br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. §§ 952, 960 (a)(1) and<br>(b)(1)(H) Importation of a<br>Controlled Substance<br>(Methamphetamine)<br>Count One<br><br>21 U.S.C. § 841 (a)(1)<br>and (b)(1)(A)(viii), Possession of<br>a Controlled Substance with Intent<br>to Distribute (Methamphetamine)<br>Count Two |

I, Homeland Security Investigations Taskforce Officer Matthew Hanson, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

On or about July 3, 2019, at or near San Luis, Arizona, within the District of Arizona, defendant, Lucia Dolores BOJORQUEZ-Rendon, did knowingly and intentionally import, attempt to import, and in fact did import, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers; a Schedule II Controlled Substances into the United States from the Republic of Mexico, in violation of Title 21, United States Code, Sections 952, 960 (a)(1) and (b)(1)(H).

COUNT TWO

On or about July 3, 2019, at or near San Luis, Arizona, within the District of Arizona, defendant, Lucia Dolores BOJORQUEZ-Rendon, did knowingly and intentionally possess with intent to

distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers or salts of its isomers; a Schedule II Controlled Substance, into the U.S. from the Republic of Mexico, in violation of Title 21, United States Code, Section 841 (a)(1) and (b)(1)(A)(viii).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by: AUSA John Ballos

_____
Matthew Hanson
Taskforce Officer – Homeland Security Investigations

Sworn to before me and subscribed in my presence, July 5, 2019, at Yuma, Arizona.

_____
James F. Metcalf
United States Magistrate Judge

UNITED STATES OF AMERICA
vs.
Lucia Dolores BOJORQUEZ-Rendon

**STATEMENT OF FACTS**

I, Homeland Security Investigations Taskforce Officer Matthew Hanson, being duly sworn do state the following:

On July 3, 2019, at approximately 1558 hours, the defendant, Lucia Dolores BOJORQUEZ-Rendon presented herself and her vehicle for inspection and entry into the United States via the vehicle lanes at the San Luis, Arizona, Port of Entry. BOJORQUEZ was driving a Light Green 2008 Nissan Sentra bearing Sonora, Mexico License Plate (102-SZD-6). BOJORQUEZ was later determined to be the registered owner of the vehicle. BOJORQUEZ presented her B1/B2 Visa as her entry document. During the primary inspection of the vehicle, a Customs and Border Protection Officer (CBPO) received a negative customs declaration. The CBPO also noted the interior of the vehicle to be overly clean and emitting a strong odor of cleaning products. CBPO also noted the vehicle had a crossing through a United States Border Patrol Checkpoint shortly after entering the United States. The CBPO then referred BOJORQUEZ and her vehicle to the secondary inspection area for further investigation.

While in the secondary lot, at approximately 1605 hours, a Canine Enforcement Officer (CEO) was conducting a canine search operation with his Human Narcotics Detection Dog (HNDD). During the canine search of the vehicle secondary lot, the HNDD positively alerted to the firewall of the vehicle. The CEO secured his HNDD and began an inspection of the vehicle firewall. While conducting his inspection the CEO noticed a package wrapped in brown tape with some black writing on it through a small hole in the firewall underneath the vehicle's dashboard. At approximately 1614 hours, CBPO conducted a Z-Portal Scan of the vehicle which revealed anomalies in the dashboard and front passenger side floor area of the vehicle. A search of the aforementioned areas as well as the center console and drivers side floor area revealed 80 brown tape and

cellophane wrapped packages, with an aggregate weight of 46.24 kilograms (101.92 pounds).

A CBPO probed one of the packages, producing a white crystalline substance from the inside. Via use of a narcotic identification kit, the substance tested positive for the characteristics of methamphetamine.

At approximately 2112 hours, BOJORQUEZ was read her Miranda rights, in the Spanish language, and waived her right to remain silent. BOJORQUEZ admitted entering the United States to engage in smuggling activities however she stated that she did not know that she was transporting methamphetamine into the United States from the Republic of Mexico. When questioned regarding how such a large amount methamphetamine was hidden inside her vehicle BOJORQUEZ initially stated that despite being the registered owner of the vehicle, the vehicle was actually a company car and that other people have also used the vehicle. BOJORQUEZ later recanted her statement about her vehicle being a company car and stated she had actually being given the car by a man named "Tony". BOJORQUEZ stated that she knew "Tony" was involved with a drug trafficking organization and either "Tony" and other persons had taken control of her vehicle on at least four other occasians. BOJORQUEZ claimed to have made smuggling arrangements earlier this week with a subjet named "Rucon" who she has known since February of this year, and that on todays date (July 3, 2019) "Rucon" had called her on her cellphone and told her that once she crossed into the United States she was to proceed to the San Luis, AZ Walmart where an unknown person would meet her and she would receive further instructions. BOJORQUEZ claimed that "Rucon" and "Tony" work together in the same drug trafficking organization. BOJORQUEZ stated that she thought she was entering the United States in order to smuggle bulk currency from the United States back to the Repulic of Mexico. BOJORQUEZ stated that she would be paid $1,500.00 for this smuggling attempt. BOJORQUEZ claimed to have never smuggled narcotics in the past, however she did admit to smuggling bulk cash one time previously on May 10, 2019 and was paid $1,500.00 for that attempt. BOJORQUEZ admitted to knowing it was illegal to enter into the United States to engage in any sort of smuggling activites.

Based on the foregoing, there is probable cause to believe that BOJORQUEZ committed the offenses as alleged in the Complaint.

Matthew Hanson
Taskforce Officer – Homeland Security
Investigations

Sworn to before me and subscribed in my presence, July 5, 2019, at Yuma, Arizona.

James F. Metcalf
United States Magistrate Judge