FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 23 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-19-0873-PHX-DWL (MHB) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| v. | |
| Lucia Dolores Bojorquez-Rendon, | VIO: 21 U.S.C. §§ 952(a), 960(a)(1) & (b)(1)(H)<br>(Importation of Methamphetamine)<br>Count 1 |
| Defendant. | 21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(viii)<br>(Possession with Intent to Distribute Methamphetamine)<br>Count 2 |

THE GRAND JURY CHARGES:

### Count 1

On or about July 3, 2019, at or near San Luis, Arizona, in the District of Arizona, LUCIA DOLORES BOJORQUEZ-RENDON, knowingly and intentionally imported into the United States, from the Republic of Mexico, five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and (b)(1)(H).

### Count 2

On or about July 3, 2019, at or near San Luis, Arizona, in the District of Arizona, LUCIA DOLORES BOJORQUEZ-RENDON, knowingly and intentionally possessed

with intent to distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date: July 23, 2019

MICHAEL BAILEY
United States Attorney
District of Arizona

/s/

BRIAN E. KASPRZYK
Assistant U.S. Attorney