

**U.S. Department of Justice**

United States Attorney
District of Arizona

Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004-4408

Main: (602) 514-7500
Main Fax: (602) 514-7693

```
✓ FILED      ___ LODGED
___ RECEIVED ___ COPY

     JUL 2 3 2019

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

July 23, 2019

Honorable Steven P. Logan
U.S. District Court Judge
Sandra Day O'Connor U.S. Courthouse, Suite 521
401 W. Washington Street, SPC 82
Phoenix, Arizona 85003

Re:  *United States v. Lucia Dolores Bojorquez-Rendon*
     USAO No. 2019R16735
     Court No. CR-19-0873-PHX-DWL (MHB)

Dear Judge Logan:

This case has been or may be assigned to you. In order for you to determine whether a potential conflict may exist in a matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information. We have carefully reviewed all the available records in our office, including the computer data, and determined that a conflict may exist because this case is assigned to Brian Kasprzyk.

Sincerely,

MICHAEL BAILEY
United States Attorney
District of Arizona

/s/ Brian E. Kasprzyk
BRIAN E. KASPRZYK
Assistant U.S. Attorney



**U.S. Department of Justice**

United States Attorney
District of Arizona

Two Renaissance Square     Main: (602) 514-7500
40 N. Central Ave., Suite 1800     Main Fax: (602) 514-7693
Phoenix, AZ 85004-4408

July 23, 2019

Honorable Dominic W. Lanza
U.S. District Court Judge
Sandra Day O'Connor U.S. Courthouse, Suite 621
401 W. Washington Street, SPC 46
Phoenix, Arizona 85003-2151

    Re:     *United States v. Lucia Dolores Bojorquez-Rendon*
              USAO No. 2019R16735
              Court No. 19-mj-01517

Dear Judge Lanza:

    This case has been or may be assigned to you. In order for you to determine whether a potential conflict may exist in a case or matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information. We have carefully reviewed all the available records in our office, including the computer data, and determined that (mark the appropriate category, if applicable):

☐    <u>A CONFLICT MAY EXIST</u>

        ☐    The case or matter was in the White Collar Fraud and Public Corruption Section of the United States Attorney's Office for the District of Arizona while you served in a supervisory capacity over that section (**December 2, 2012 through January 24, 2015**).

        ☐    The case or matter was in the United States Attorney's Office for the District of Arizona while you served in a supervisory capacity over the Criminal Division (**January 25, 2015 through September 11, 2018**).

        ☐    My review of the file indicates that you had direct involvement in this case or matter while you worked in the United States Attorney's Office for the District of Arizona (**October 14, 2008 through September 11, 2018**).

☒    <u>NO PROBABLE CONFLICT</u>

        My review of the file indicates that: 1) you had no direct involvement in the case or matter; 2) the case or matter was not in the White Collar Fraud and Public Corruption Section when you supervised that section (**December 2, 2012 through January 24, 2015**); and 3) the case or matter was not in the office when you had supervisory authority over the Criminal Division (**January 25, 2015 through September 11, 2018**).

                                                   Sincerely,

                                                   MICHAEL BAILEY
                                                   United States Attorney
                                                   District of Arizona

                                                   Brian E. Kasprzyk
                                                   Assistant United States Attorney

BEK/rw



U.S. Department of Justice

United States Attorney
District of Arizona

|  |  |
|---|---|
| Two Renaissance Square | Main: (602) 514-7500 |
| 40 North Central Avenue, Suite 1800 | Office Fax: (602) 514-7693 |
| Phoenix, AZ 85004 |  |

July 23, 2019

Honorable Camille D. Bibles
United States Magistrate Judge
123 North San Francisco Street, Suite 200
Flagstaff, Arizona 86001

    Re:    United States v. Lucia Dolores Bojorquez-Rendon
            USAO No. 2019R16735
            Court No.

Dear Magistrate Judge Bibles:

    This case has been or may be assigned to you. In order for you to determine whether a potential conflict may exist in a matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information. We have carefully reviewed all of the available records in our office, to include internal computer data, and determined that:

\_\_\_    A CONFLICT MAY EXIST
To the best of my knowledge, you had direct involvement in this case or matter while you were employed with the U.S. Attorney's Office on the following dates: October 1, 1998 through January 11, 2002; January 5, 2004 through March 2, 2012; and April 6, 2015 through February 5, 2018.

    NO PROBABLE CONFLICT
My review of the file and/or court docket indicates you did not have direct involvement in this case or matter.

                                                Sincerely,

                                               MICHAEL BAILEY
                                               United States Attorney
                                               District of Arizona

                                               Brian E. Kasprzyk
                                               Assistant United States Attorney

BEK/rw